## Case No. 16,554.

UNITED STATES v. TWELVE HUNDRED AND NINE QUARTER CASKS OF SHERRY.

[The case reported under above title in 7 Int. Rev. Rec. 114, is the same as Case No. 14,279.]